UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 19 Cr. 329 (KPF) |
| VICTOR ANDERSON, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court has scheduled a hearing on a Supervised Release Violation Petition in this matter for May 19, 2021, at 11:00 a.m. The Court directs the CJA Clerk to identify a member of the CJA panel with an upcoming duty day who does not have any conflict in representing Defendant. That attorney will be appointed to represent Defendant in this matter at the upcoming hearing on May 19, 2021. Appointed counsel is directed to confer with the Defendant regarding whether he prefers to proceed with the hearing in person or by video conference, and to notify the Court accordingly.

SO ORDERED.

Dated: May 3, 2021
New York, New York

KATHERINE POLK FAILLA
United States District Judge