UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VICTOR ANDERSON,<br><br>Defendant. | 19 Cr. 329 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The preliminary revocation hearing in this matter scheduled for May 19, 2021, is hereby terminated.

SO ORDERED.

Dated: May 18, 2021
       New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge